OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015.

6/3/2015
**NAVARRO, RUBEN      Tr. Ct. No. 1993CR4509B-W3          WR-36,036-03**
On this day, this Court has dismissed as moot the trial court's request for an
extension of time to file the supplemental record.

Abel Acosta, Clerk

RUBEN NAVARRO
TDC# 700100

Bexar County
200 N. Comal St.
San Antonio, TX

NOT DELIVERABLE
AS ADDRESSED
RETURN TO SENDER